**FILED**

04/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0170



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0170

MONTY CLARENCE PETERSEN,

      Plaintiff and Appellant,

   v.

JENNIFER J. SIMON, APRN,

      Defendant and Appellee.

<u>SECOND </u>ORDER OF MEDIATOR APPOINTMENT

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      On April 17, 2023, Samuel Warren was appointed as mediator. He has since informed this office that he must decline the appointment.

      ACCORDINGLY, the appointment of Mr. Warren is rescinded, and: IT IS ORDERED THAT **Dennis E. Lind,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this April 25, 2023.

<br>

Bowen Greenwood, Clerk of the Supreme Court

c:    Michael Hawkins O'Brien, Donald Craig St. Peter, Joseph E. Gresham, Jori Lydia Quinlan, Dennis E. Lind